COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

WALTER SMITH, Appellant, v. ANNIE RECKART, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.; Dowling and Page, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL PROFIT COUPON CORPORATION, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL PROFIT COUPON CORPORATION, Respondent, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ALEXANDER GOLDMAN, an Infant, etc., by MAX GOLDMAN, His Guardian ad Litem, Respondent, v. ABRAHAM STEINBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

HARRY FREEDMAN, Respondent, v. ABRAHAM BLUMBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

MOLLIE BESNAR, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent, Impleaded with Another.— Determination affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

IRVING NATIONAL BANK, NEW YORK, Respondent, v. NEW YORK FIBRE Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE ARCHIBALD MCNEIL & SONS Co., INC., Respondent, v. WHALTON S. ALDEN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.; Dowling and Greenbaum, JJ., dissenting.

FRED HIRD, Appellant, v. THOMAS F. CLARK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.; Merrell and Greenbaum, JJ., dissenting on the ground that in their opinion the verdict was against the weight of the evidence, and that the trial court erred in receiving over defendant's objection evidence of other alleged usurious transactions.

SPENCER R. HILL and Others, v. INTERNATIONAL PRODUCTS COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

KATHERINE CONROY and Others, as Executors, etc., v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Individually, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Greenbaum and Finch, JJ.